UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REBECCA DUNN, )<br>          Plaintiff, )<br>      )<br>v. )<br>      )<br>      )<br>CAROLYN COLVIN, )<br>Acting Commissioner the Social Security )<br>          Defendant. | **JUDGMENT**<br><br>No. 5:24-CV-285-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 24, 2025, that defendant pay to plaintiff $6,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 24, 2025, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler  / Wanda Mason (via CM/ECF Notice of Electronic Filing)


January 24, 2025                    PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk